IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JONNA BLOODWORTH**  **PLAINTIFF**

v.  **CASE NO. 4:11CV00142 BSM**

**BHT INVESTMENT COMPANY, INC.**  **DEFENDANT**

## ORDER OF DISMISSAL

The parties have settled all claims and move for an order of dismissal pending final payment. [Doc. No. 9]. The motion is granted, and this case is dismissed with prejudice.

The undersigned retains complete jurisdiction for thirty days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file those documents within sixty days of the date of this order.

IT IS SO ORDERED this 21st day of December 2011.

_____
UNITED STATES DISTRICT JUDGE